# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| VICTORIA FELICIA WINSTON,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>      Defendant. | ) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 4:11-CV-107-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 43] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 51] is DENIED, and this action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 17, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Thomas M. Nanni (via CM/ECF electronic notification)

| | |
|---|---|
| September 17, 2012<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina